# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

---

In re: | Bk. No. 99–11087–MAF
Chapter 11

Shepherds Hill Development Co., LLC
    Debtor(s)

First American Title Insurance Company
    Plaintiff

v.     Adv. No. 22–01013–MAF

Shepherds Hill Development Co., LLC
    Defendant

---

## SUMMONS AND NOTICE OF PRETRIAL CONFERENCE
## IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

    Address of the clerk:      Clerk, U.S. Bankruptcy Court
    55 Pleasant Street, Room 200
    Concord, NH 03301

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

    Name and address of plaintiff's attorney:      Mark B. Johnson
    Johnson & Borenstein, LLC
    12 Chestnut Street
    Andover, MA 01810

If you make a motion, your time to answer is governed by Federal Rule of Bankruptcy Procedure 7012.

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

    U.S. Bankruptcy Court      Courtroom: A
    55 Pleasant Street      Date & Time: **August 9, 2022, at 10:00 a.m.**
    Concord, NH 03301

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**



**Date Issued:
June 13, 2022**

Bonnie L. McAlary
Clerk of Court
By: /s/ James Lavalley
Deputy Clerk

Form CMpsum–329

# UNITED STATES BANKRUPTCY COURT
District of New Hampshire
55 Pleasant Street
Room 200
Concord, NH 03301–3941

---

| | |
|---|---|
| In re: | Bk. No. 99–11087–MAF |
| | Chapter 11 |
| Shepherds Hill Development Co., LLC | |
|     Debtor(s) | |
| | |
| First American Title Insurance Company | |
|     Plaintiff | |
| | |
| v. | Adv. No. 22–01013–MAF |
| | |
| Shepherds Hill Development Co., LLC | |
|     Defendant | |

---

## CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made _____(date) by:

☐     Mail Service: Regular, first class United States mail, postage fully pre–paid addressed to: [see attached list]

☐     Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐     Residence Service: By leaving the process with the following adult at:

☐     Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at: [see attached list]

☐     Publication: The defendant was served as follows: [Describe briefly]

☐     State Law: The defendant was served pursuant to the laws of the State of _____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare the foregoing is true and correct.

Date: _____ _____

                                                                                      Signature

Print Name: _____

Business Address: _____

_____

_____