# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW HAMPSHIRE

In re:  Bk No. 99-11087-MAF
Chapter 11

Shepherds Hill Development Co., LLC
Debtor

Adv. No. 22-01013-MAF

First American Title Insurance Company
Plaintiff

v.

Shepherds Hill Development Co., LLC
Defendant

## NOTICE OF TELEPHONIC HEARING

Pursuant to the Court's Fifteenth General Order dated February 22, 2022 (which can be found on the Court's website at www.nhb.uscourts.gov), the hearing scheduled for **August 9, 2022 at 10:00 a.m.** in the above referenced case will be telephonic.

Attorneys wishing to participate in or listen to the hearing shall utilize the services of CourtCall. All others, including pro se parties, interested in participating in or listening to the hearing must contact the courtroom deputy not later than three business days prior to the hearing at 603-222-2644 to receive instructions on how to do so.

Bonnie L. McAlary
Clerk of Court

Date: July 25, 2022

By: /s/ Thomas Hilton
Deputy Clerk
U.S. Bankruptcy Court
55 Pleasant Street, Room 200
Concord, NH 03301